IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CHARLES P., <br><br> Plaintiff, <br><br> vs. <br><br> ANDREW M. SAUL, Commissioner of Social Security, <br><br> Defendant. | 8:19CV422 <br><br><br> **ORDER** |

IT IS ORDERED that:

1. Defendant's Notice of Substitution (Filing 32), treated as a motion, is granted, and Kilolo Kijakazi, Acting Commissioner of the Social Security Administration, is substituted for Andrew M. Saul as Defendant.

2. Defendant's Notice of Substitution of Counsel (Filing 33), treated as a motion, is granted, and Steven A. Russell is substituted as counsel for Defendant in place of Robert L. Holman.

Dated this 13th day of August 2021.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge