IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CHARLES P., <br><br> Plaintiff, <br><br> vs. <br><br> KILOLO KIJAKAZI, Acting Commissioner of Social Security, <br><br> Defendant. | **8:19CV422** <br><br> **JUDGMENT** |

Pursuant to the Memorandum and Order filed this date, Plaintiff is awarded $7,998.75 in attorney fees pursuant to 42 U.S.C. § 406(b), which shall be paid from the twenty-five percent of Plaintiff's past-due benefits that is being held by the Social Security Administration for direct payment to counsel of an authorized attorney fee.

Dated this 1st day of September, 2021.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge